**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-cv-01765-RM-KMT

IRENE PRUITT,

    Plaintiff,

v.

ALAMOSA COUNTY SHERIFF'S OFFICE,
ROBERT JACKSON, Alamosa County Sheriff, in his individual capacity,
JOSHUA HILL, Alamosa County Deputy Sheriff, in his individual capacity,
JOSHUA BAIER, Alamosa County Deputy Sheriff, in his individual capacity,
BRANDON HEREDIA, Alamosa County Deputy Sheriff, in his individual capacity,
PAUL GILLELAND, Alamosa County Deputy Sheriff, in his individual capacity,
MARTIN MAEZ, Alamosa County Deputy Sheriff, in his individual capacity,
NICK SMITH, Alamosa County Deputy Sheriff, in his individual capacity, and
ANGELA LOBATO, Alamosa County Deputy Sheriff, in her individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (Docs. 132 and 133) by Judge Raymond P. Moore entered on July 14, 2020, it is

ORDERED that summary judgment is entered in favor of Defendants, Alamosa County Sherrif's Office, Robert Jackson, Joshua Hill, Joshua Baier, Brandon Heredia, Paul Gilleland, Martin Maez, Nick Smith, and Angela Lobato, and against Plaintiff Irene Pruit.   It is

FURTHER ORDERED that Defendants are awarded costs and shall within 14 days of this date file a bill of costs, in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCiv.R 54.1, which shall be taxed by the Clerk of the Court.   It is

FURTHER ORDERED that this case is closed.

Dated this 14th day of July, 2020.

FOR THE COURT:
JEFFREY P. COLWELL

By:   s/C. Pearson
        C. Pearson, Deputy Clerk